UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LINDA HOPSON and BRUCE HOPSON,    )
                                  )
            Plaintiffs,           )
                                  )
vs.                               )        Cause No:  4:10-CV-28 DDN
                                  )
SAM'S EAST, INC.,                 )
                                  )
            Defendant.            )

## STIPULATION FOR DISMISSAL

It is hereby stipulated, by and between Plaintiffs and Defendant Sam's East, Inc., that Plaintiffs' cause of action shall be dismissed with prejudice and that each party shall pay its own court costs.

Witness our hands this 17th day of February, 2011, at St. Louis, Missouri.

_____/s/ Walter L. Floyd_____
Mr. Walter L. Floyd #5013
THE FLOYD LAW FIRM, P.C.
Attorneys for Plaintiffs
8151 Clayton Road, Suite 202
St. Louis, MO 63117
(314) 863-4114
(314) 863-4150 (Fax)
walter@thefloydlawfirm.com

_____/s/ James E. Whaley_____
James E. Whaley  #4691
John P. Rahoy  #34749
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri  63101-2000
(314) 421-3400
(314) 421-3128 (Fax)
jwhaley@bjpc.com
jrahoy@bjpc.com

8802496